Case 2:07-cr-00081-FVS    Document 581    Filed 08/27/10

PROB 12C  
(7/93)

Report Date: August 27, 2010

# United States District Court

**for the**

**Eastern District of Washington**

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Dustin T. Perrin | Case Number: 2:07CR00081-002 |
| Last Known Address of Offender: | Spokane, WA  99208 |

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 01/31/2008

| | |
|---|---|
| Original Offense: | Uttering Counterfeit Securities of the United States and Private Entities, 18 U.S.C. § 513(a) |
| Original Sentence: | Prison - 21 Months; TSR - 36 Months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Pam Byerly |
| Date Supervision Commenced: | 06/09/2010 |
| Defense Attorney: | Roger Peven |
| Date Supervision Expires: | 06/08/2013 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: On August 17, 2010, the undersigned officer sent a letter to the defendant's address on record directing him to report in person on August 20, 2010, at 1:00 p.m. He failed to report as directed. |
| 2 | **Special Condition # 18**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |
| | **Supporting Evidence**: Mr. Perrin completed a substance abuse evaluation through Pioneer Counseling. It was recommended that he attend and complete intensive outpatient treatment. Mr. Perrin has failed to attend his group sessions on the following dates: August 4, 16, 17, 18, 23, 24 and 25, 2010. |

Prob12C
Re: Perrin, Dustin T
August 27, 2010
Page 2

        As a result of missing the above sessions, Pioneer Counseling has indicated they will be discharging Mr. Perrin from treatment for noncompliance.

3     **Special Condition # 21**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Mr. Perrin is required to call-in daily to Pioneer Counseling, and report for drug testing as directed. Mr. Perrin has failed to report for drug testing on the following dates: August 16, 18, 23, and 24, 2010.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/27/2010

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

08/27/2010
Date