PROB 12C  Report Date: October 18, 2010
(7/93)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 19 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dustin T. Perrin    Case Number: 2:07CR00081-002

Address of Offender:    Spokane, WA 99208

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 01/31/2008

| | |
|---|---|
| Original Offense: | Uttering Counterfeit Securities of the United States and Private Entities, 18 U.S.C. § 513(a) |
| Original Sentence: | Prison - 21 Months; TSR - 36 Months |
| Asst. U.S. Attorney: | Pamela J. Byerly |
| Defense Attorney: | Roger Peven |

Type of Supervision: Supervised Release

Date Supervision Commenced: 06/09/2010

Date Supervision Expires: 06/08/2013

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
---|---

1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.

**Supporting Evidence**: The undersigned officer last spoke to Mr. Perrin on September 30, 2010. He had called from a pay phone and indicated he was in Okanogan, Washington. Mr. Perrin was directed to report to the U.S. Probation Office by October 4, 2010. He has failed to report as directed.

2 | **Special Condition # 18**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: Mr. Perrin completed a substance abuse evaluation through Pioneer Counseling. It was recommended that he complete intensive outpatient treatment. Mr. Perrin has failed to enter and successfully complete substance abuse treatment as recommended.

Prob12C
Re:  Perrin, Dustin T
October 18, 2010
Page 2

|   |   |   |
|---|---|---|
|   | 3 | **Special Condition # 21**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
|   |   | **Supporting Evidence**: Mr. Perrin has made himself unavailable for drug testing by failing to report as directed. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  10/18/2010

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

10/19/10
Date