PROB 12C
(7/93)

Report Date: July 26, 2011

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 26 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Dustin T. Perrin          Case Number: 2:07CR00081-002

Last Known Address of Offender: Spokane RRC, Spokane, WA 99202

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 01/31/2008

| | |
|---|---|
| Original Offense: | Uttering Counterfeit Securities of the United States and Private Entities, 18 U.S.C. § 513(a) |
| Original Sentence: | Prison - 21 Months; TSR - 36 Months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly |
| Date Supervision Commenced: | 06/09/2010 |
| Defense Attorney: | Roger Peven |
| Date Supervision Expires: | 06/08/2013 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

   1         **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

             **Supporting Evidence**: On July 26, 2011, the Spokane Residential Reentry Center (RRC) notified the U.S. Probation Office that Dustin Perrin absconded from their facility. Mr. Perrin has failed to notify the probation office of his whereabouts.

Prob12C
Re: Perrin, Dustin T
July 26, 2011
Page 2

    2    **Special Condition #21**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Perrin has made himself unavailable for drug testing by failing to report on July 25, 2011. On July 26, 2011, Mr. Perrin's case manager at the RRC notified this officer that they had located chewing tobacco and a "Spice" bag (violations of the RRC rules) in Mr. Perrin's possessions. Subsequently, Mr. Perrin was asked to provide a urinalysis sample for testing. At approximately 11:18 a.m. on July 26, 2011, Mr. Perrin left the facility through an emergency exit prior to providing the required sample.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/26/2011

s/M. D. Elvin

M. D. Elvin
Deputy Chief U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

7/26/11
Date