PROB 12C
(7/93)

Report Date: June 28, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 01 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Dustin T. Perrin | Case Number: 2:07CR00081-002 |
| Address of Offender: | |

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: January 31, 2008

| | | | |
|---|---|---|---|
| Original Offense: | Uttering Counterfeit Securities of the United States and Private Entities, 18 U.S.C. § 513(a) | | |
| Original Sentence: | Prison - 21 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Stephanie Joyce Lister | Date Supervision Commenced: | May 24, 2013 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: | September 23, 2015 |

### PETITIONING THE COURT

**To issue a warrant**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #3**: The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: The undersigned officer last spoke to Dustin Perrin on June 27, 2013, at approximately 9 a.m. At that time, he was directed to report in person to the U.S. Probation Office by 10 a.m. He failed to report as directed. His whereabouts are unknown. |
| 2 | **Standard Condition #6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment. |
| | **Supporting Evidence**: On June 27, 2013, the undersigned officer conducted a home visit at the offender's address of 11512 North Merlin Drive in Spokane, Washington. Collateral contact with the offender's grandmother, Carol Lafors, was established. Ms. Lafors confirmed that the offender has not resided at this location consistently since his release from custody on May 24, 2013. She went on to state that the offender stops by occasionally to visit with his 6-year-old son. According to Ms. Lafors, the offender is staying with an |

unknown female, "Sara," off of Pines Street in Spokane Valley. The offender failed to report the change of address to the undersigned officer. His whereabouts are unknown.

3   **Special Condition #18:** You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence:** Dustin Perrin completed a substance abuse evaluation through Alcohol Drug Education Prevention and Treatment (ADEPT) counseling. It was recommended that he attend and complete aftercare treatment. Mr. Perrin failed to attend a group session on June 26, 2013. Collateral contact with the treatment provider confirmed that the offender appeared for the aforementioned session but departed approximately 10 minutes after the class commenced.

4   **Special Condition #21:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing as directed by the supervising probation officer, but no more than six tests per month in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Mr. Perrin failed to appear for random urinalysis testing on June 27, 2013.

5   **Mandatory Condition #2:** If the judgment imposed a fine or a restitution obligation, it shall be a condition of probation/supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with any Schedule of Payments set forth in the Criminal Monetary Penalties sheet of the judgment. In any case, the defendant should cooperate with the probation officer in meeting any financial obligations.

**Supporting Evidence:** Dustin Perrin failed to remit payment toward the above-referenced legal financial obligation as ordered by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/28/2013

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

s/ Fred Van Sickle

Signature of Judicial Officer

7/1/13

Date